IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3118 |
| vs. | ORDER |
| LIEP KEK YIEL, | |
| Defendant. | |

Pursuant to the Court's order of March 4, 2025 (filing 215),

IT IS ORDERED:

1. The defendant's motion (filing 214) is construed as a motion to vacate pursuant to 28 U.S.C. § 2255.

2. The Clerk of the Court is directed to amend the docket entry for filing 214 to reflect that it is a 28 U.S.C. § 2255 motion.

3. The Clerk of the Court is directed to open a separate civil 28 U.S.C. § 2255 case for statistical purposes.

Dated this 8th day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge