IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIEP KEK YIEL,<br><br>Defendant. | 4:22-CR-3118<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 214) is denied.

Dated this 13th day of August, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge